UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NICOLE LEONA NYMAN,

    Plaintiff,

    v.    Case No. 1:17-cv-1329

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised,

**IT IS HEREBY ORDERED** that the Commissioner's final administrative decision is reversed, with remand for further administrative proceedings, pursuant to 42 U.S.C. § 405(g).

On remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision and remand the matter to the Administrative Law Judge for further proceedings. The Acting Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and then issue a new decision.

The clerk of court is directed to enter judgment accordingly.

Dated at Green Bay, Wisconsin, this 26th day of April, 2018.

                      **BY THE COURT:**

                      **s/ William C. Griesbach**
                      WILLIAM C. GRIESBACH
                      Chief Judge, United States District Court